UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex
**December 17, 2003**
**2:00 p.m.**

NOTICE TO COUNSEL: ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION. <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO. 3:02CV00318(AVC) Capital Markets v. AIG Intl (BVI) Ltd

Thomas W. Bucci
thomasbucci@earthlink.net

Elizabeth A. Fowler
efowler@rc.com

Edward J. Heath
eheath@rc.com

Kevin E. Majewski
kmajewski@rc.com

Craig A. Raabe
craabe@rc.com

Delmer C. Gowing
101 SE 6th Avenue
Delray Beach, FL 33483-5261

Andrew J. Levander
Swidler, Berlin, Shereff & Friedman
The Chrysler Bldg.
405 Lexington Ave.
New York, NY 10174

Lewis F. Murphy
Steel, Hector & Davis
200 S Biscayne Boulevard
41st FL
Miami, FL 33131-2398

Traci H. Rollins
Steel, Hector & Davis
Phillips Point West
777 S Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK