UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL CASE NO. 3:02cv318(AVC) |
| Plaintiff, | |
| -vs.- | |
| AIG INTERNATIONAL (BVI) LIMITED, | |
| Defendant.  _____/ | DECEMBER 12, 2003 |

## **APPEARANCE**

Please enter the appearance of the undersigned as counsel for the defendant, AIG International (BVI) Limited in addition to the appearances already on file.

Dated: December 12, 2003

        ROBINSON & COLE LLP

        By:_____
        David S. Samuels
        Federal Bar #ct 24460
        E-mail: dsamuels@rc.com
        Robinson & Cole LLP
        280 Trumbull Street
        Hartford, CT 06103
        Tel.: (860) 275-8200
        Fax.: (860) 275-8299

       Of Counsel:
       SWIDLER BERLIN SHEREFF
       FRIEDMAN, LLP
          Andrew J. Levander
          Adam B. Rowland
       The Chrysler Building
       405 Lexington Avenue
       New York, New York  10174
       Telephone:  (212) 973-0111

       Attorneys for Defendant

- 3 -

## CERTIFICATION

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this 12th day of December, 2003 to: Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, 855 Main Street, Bridgeport, CT 06604, and Delmer C. Gowing III, P.A., 101 South East 6th Avenue, Delray Beach, FL 33483.

_____
David S. Samuels

- 3 -