UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL ACTION NO. 3:02cv318(AVC) |
| Plaintiff, | |
| v. | |
| | DECEMBER 12, 2003 |
| AIG INTERNATIONAL (BVI) LIMITED, | |
| Defendant. | |

_____

**MOTION TO REVISE SCHEDULING ORDER**

Defendant AIG International (BVI) Limited ("AIGI") respectfully moves the Court to revise the Scheduling Order dated February 7, 2003, with the consent of all parties, in light of a conflicting trial engagement and other considerations, as follows:

1. The parties respectfully request that the time to complete discovery in this action be extended until March 31, 2004, and that the remaining dates for post-discovery motions, joint trial memorandum and trial be adjourned accordingly.

2. Plaintiffs' counsel, Mr. Gowing, has consented to this request.

3. This is the parties' first request to revise the Scheduling Order dated February 7, 2003.

4. The parties have exchanged substantial written document requests, interrogatories and requests to admit, and responses have involved the production of a large number of documents, but both parties desire additional time to complete discovery before any motions for summary judgment and/or other pretrial proceedings.

5. The requested rescheduling will also avoid a scheduling conflict regarding trial. Andrew Levander (Swidler Berlin Shereff Friedman, LLP) will be the lead trial attorney for defendant AIGI in this case. He is also the lead trial attorney for one of the defendants in the

highly publicized criminal case, United States v. Rigas, et al. (S.D.N.Y., 02 Cr. 1236, Sand, J.). Judge Sand has scheduled that complex case for a multiple month trial commencing in early February 2004.  The trial was originally scheduled to commence in January, but is now certain to continue well into March.  Accordingly, the original trial date in this case of March 9, 2004, would pose a conflict with the Rigas trial before Judge Sand.  AIGI counsel and plaintiff's counsel, Mr. Gowing, have conferred and respectfully propose scheduling a trial of this action during the week of July 12, 2004 or after August 1, 2004, subject to the Court's availability.

The parties appreciate the Court's accommodation on this scheduling matter.

        DEFENDANT,

        AIG INTERNATIONAL (BVI) LIMITED

By: _____
    Edward J. Heath
    Federal Bar # ct20992
    David S. Samuels
    Federal Bar # ct24460
    ROBINSON & COLE, L.P.
    280 Trumbull Street
    Hartford, Connecticut   06103-3597
    Telephone:  (860) 275-8200

Of Counsel:
SWIDLER BERLIN SHEREFF
FRIEDMAN, LLP
Andrew J. Levander
Adam B. Rowland
The Chrysler Building
405 Lexington Avenue
New York, New York   10174
Telephone:  (212) 973-0111

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this 12th day of December, 2003 to: Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, 855 Main Street, Bridgeport, CT 06604, and Delmer C. Gowing III, P.A., 101 South East 6th Avenue, Delray Beach, FL 33483.

_____
David S. Samuels