

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL ACTION NO. 3:02cv318(AVC) |
| Plaintiff, | |
| v. | |
| | DECEMBER 12, 2003 |
| AIG INTERNATIONAL (BVI) LIMITED, | |
| Defendant. | |

## MOTION TO REVISE SCHEDULING ORDER

Defendant AIG International (BVI) Limited ("AIGI") respectfully moves the Court to revise the Scheduling Order dated February 7, 2003, with the consent of all parties, in light of a conflicting trial engagement and other considerations, as follows:

1. The parties respectfully request that the time to complete discovery in this action be extended until March 31, 2004, and that the remaining dates for post-discovery motions, joint trial memorandum and trial be adjourned accordingly.

2. Plaintiffs' counsel, Mr. Gowing, has consented to this request.

3. This is the parties' first request to revise the Scheduling Order dated February 7, 2003.

4. The parties have exchanged substantial written

---

3:02CV0318(AVC). December 22, 2003. The motion to revise scheduling order is (document no. 38) is GRANTED as follows: (1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by March 31, 2004; (2) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before April 30, 2004; (3) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on May 31, 2004; and (4) the case shall be ready for trial by July 1, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.