UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL ACTION NO. 3:02cv318(AVC) |
| Plaintiff, | |
| v. | |
| AIG INTERNATIONAL (BVI) LIMITED, | FEBRUARY 19, 2004 |
| Defendant. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 2(d), the undersigned counsel hereby move for the admission *pro hac vice* of Andrew J. Levander, Louis M. Solomon and Adam B. Rowland to represent the defendant in this action.

(a)     Mr. Levander is a member of Swidler Berlin Shereff Friedman, LLP, 405 Lexington Avenue, New York, NY 10174. His telephone number is (212) 891-9217, his fax number is (212) 891-9568, and his e-mail address is ajlevander@swidlaw.com. Mr. Levander is a member in good standing of the Bars of the State of New York (admitted in 1978); the District of Columbia (admitted in 1978); the United States Supreme Court, the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Fifth Circuit; the United States Court of Appeals, District of Columbia Circuit; the United States District Court, Southern District of New York; and the United States District Court, Eastern District of New York. Mr. Levander has not been denied admission or disciplined by this Court or any other court.

(b)     Mr. Solomon is a member of Swidler Berlin Shereff Friedman, LLP, 405 Lexington Avenue, New York, NY 10174. His telephone number is (212) 891-9549, his fax number is (212) 891-9568, and his e-mail address is lmsolomon@swidlaw.com. Mr. Solomon is a member in good standing of the Bars of the State of New York (admitted in 1990); the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Sixth Circuit; the United States District Court, Eastern District of New York; and the United States District Court, Southern District of New York. Mr. Solomon has not been denied admission or disciplined by this Court or any other court.

(c)     Mr. Rowland is Of Counsel of Swidler Berlin Shereff Friedman, LLP, 405 Lexington Avenue, New York, NY 10174. His telephone number is (212) 891-9230, his fax number is (212) 891-9568, and his e-mail address is abrowland@swidlaw.com. Mr. Rowland is a member in good standing of the Bars of the State of New York (admitted in 1984); the United States District Court, Eastern District of New York; and the United States District Court, Southern District of New York. Mr. Rowland has not been denied admission or disciplined by this Court or any other court.

This motion is accompanied by a payment to the Clerk of this Court of a fee of twenty-five dollars ($25.00) for each applicant.

Affidavits of Messrs. Levander, Solomon and Rowland in support of this Motion for Admission *Pro Hac Vice* are attached hereto, respectively, as Exhibits A, B and C.

DEFENDANT,
AIG INTERNATIONAL (BVI) LIMITED

By: _____
Edward J. Heath
Federal Bar # ct20992
ROBINSON & COLE, L.P.
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 19th day of February, 2004, to:

Thomas W. Bucci  
Willinger, Willinger & Bucci  
855 Main Street  
Bridgeport, CT 06604

Delmer C. Gowing, III  
101 SE 6th Avenue  
Delray Beach, FL 33483

_____  
Edward J. Heath

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL ACTION NO. 3:02cv318(AVC) |
| Plaintiff, | |
| v. | |
| AIG INTERNATIONAL (BVI) LIMITED, | |
| Defendant. | FEBRUARY 13, 2004 |

### AFFIDAVIT OF ANDREW J. LEVANDER

I, Andrew J. Levander, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am a member of the firm of Swidler Berlin Shereff Friedman, LLP, 405 Lexington Avenue, New York, NY 10174, and my telephone number is (212) 891-9217.

3. I am a member in good standing of the Bars of the State of New York (admitted in 1978); the District of Columbia (admitted in 1978); the United States Supreme Court, the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Fifth Circuit; the United States Court of Appeals, District of Columbia Circuit; the United States District Court, Southern District of New York; and the United States District Court, Eastern District of New York.

4. I have not been denied admission or disciplined by this Court or any other court.

_____
Andrew J. Levander

Subscribed and sworn to this
13th day of February, 2004
before me

_____
Notary Public
My commission expires

JANICE BILIK
Notary Public, State of New York
No. 01BI4888896
Qualified in Putnam County
Commission Expires March 16, 20 07

563434v3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AIG INTERNATIONAL (BVI) LIMITED,<br><br>Defendant. | CIVIL ACTION NO.<br>3:02cv318(AVC)<br><br><br><br><br><br><br><br>FEBRUARY 13, 2004 |

**AFFIDAVIT OF LOUIS M. SOLOMON**

I, Louis M. Solomon, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am a member of the firm of Swidler Berlin Shereff Friedman, LLP, 405 Lexington Avenue, New York, NY 10174, and my telephone number is (212) 891-9549.

3. I am a member in good standing of the Bars of the State of New York (admitted in 1990); the United States Court of Appeals for the Third Circuit; United States Court of Appeals for the Sixth Circuit; United States District Court, Eastern District of New York; and the United States District Court, Southern District of New York.

4. I have not been denied admission or disciplined by this Court or any other court.

_____
Louis M. Solomon

Subscribed and sworn to this
13th day of February, 2004
before me

_____
Notary Public
My commission expires:

SHARON A. BRAGINSKY
Notary Public, State of New York
No. 52-4969604
Qualified in Suffolk County
Commission Expires July 23, ~~2000~~ 2006

563438v2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL ACTION NO. 3:02cv318(AVC) |
| Plaintiff, | |
| v. | |
| AIG INTERNATIONAL (BVI) LIMITED, | |
| Defendant. | FEBRUARY 13, 2004 |

### AFFIDAVIT OF ADAM B. ROWLAND

I, Adam B. Rowland, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am Of Counsel of the firm of Swidler Berlin Shereff Friedman, LLP, 405 Lexington Avenue, New York, NY 10174, and my telephone number is (212) 891-9230.

3. I am a member in good standing of the Bars of the State of New York (admitted in 1984); the United States District Court, Eastern District of New York; and the United States District Court, Southern District of New York.

4. I have not been denied admission or disciplined by this Court or any other court.

                                                                       Adam B. Rowland

Subscribed and sworn to this
___ day of February, 2004
before me

_____
Notary Public
My commission expires:

SHARON M. GAILLARD
Notary Public, State of New York
No. 01GA5060910
Qualified in Bronx County
Commission Expires 5/28/06

563437v2