```
            UNITED STATES DISTRICT COURT

              DISTRICT  OF  CONNECTICUT
```

Capital Markets Trading Group, LLC

V.                              Case Number:  3:02CV318(AVC)

AIG International (BVI) Ltd.

## Motion for PHV
Doc.# **40**

**ORDERED ACCORDINGLY.**


   Dated at Hartford, Connecticut, February 23, 2004.


              KEVIN F. ROWE, CLERK


         By:    /s/ JW
                Jo-Ann Walker
                Deputy Clerk