UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAPITAL MARKETS TRADING GROUP, LLC,　　　　CIVIL ACTION NO.
　　　　　　　　　　　　　　　　　　　　　　　3:02cv318(AVC)
　　Plaintiff,

　　　　v.

AIG INTERNATIONAL (BVI) LIMITED,

　　Defendant.　　　　　　　　　　　　　　　　MARCH 5, 2004

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Plaintiff and defendant hereby move jointly for entry of the annexed stipulation, titled Confidentiality Stipulation And Protective Order, as an Order of the Court. Counsel for the parties have stipulated to entry of their stipulation as a protective order as evidenced by their signatures thereto. This confidentiality order is necessary for the protection of confidential business information and other confidential matter concerning the parties and third parties from whom the parties may seek discovery. Accordingly, the parties respectfully move that this confidentiality order be entered.

WILLINGER, WILLINGER　　　　　　　　　　　ROBINSON & COLE, L.P.
& BUCCI, P.C.

By: _____　　　　　　　By: _____
Thomas W. Bucci　　　　　　　　　　　　　　David S. Samuels/ Edward J. Heath
Fed Bar #ct07805　　　　　　　　　　　　　　Fed Bar #ct24460/Fed. Bar #ct 20992
855 Main Street　　　　　　　　　　　　　　280 Trumbull Street
Bridgeport, CT 06604　　　　　　　　　　　　Hartford, CT 06103-3597
Tel. (203) 366-3939　　　　　　　　　　　　Tel. (860) 275-8297

Delmer C. Gowing III, P.A.
101 S.E. 6th Avenue
Delray Beach, FL 33483
Tel. (561) 276-5003

Attorneys for Plaintiff

SWIDLER BERLIN SHEREFF
FRIEDMAN, LLP
   Andrew J. Levander
   Louis M. Solomon
   Adam B. Rowland
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Tel. (212) 973-0111

Attorneys for Defendant