UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL ACTION NO. |
| Plaintiff, | 3:02cv318(AVC) |
| v. | |
| AIG INTERNATIONAL (BVI) LIMITED, | |
| Defendant. | MARCH 9, 2004 |

**DEFENDANT'S MOTION TO DISQUALIFY DELMER C. GOWING
AS COUNSEL FOR PLAINTIFF PURSUANT TO RULE 83.13**

Pursuant to D. Conn L. Civ. R. 83.13, Defendant hereby moves to disqualify Delmer C. Gowing, III, from serving as counsel for plaintiff in all further proceedings in this action, on the grounds, inter alia, that Attorney Gowing, who has appeared as one of the counsel of record in this action, testified at his deposition on February 26, 2004, that he is now the sole representative of plaintiff and its primary, if not only, witness. Rule 83.13 prohibits Attorney Gowing from serving both as plaintiff's counsel and witness in this action.

A memorandum of law, with annexed exhibits, is submitted in support of this motion.

          DEFENDANT,
          AIG INTERNATIONAL (BVI) LIMITED


By /s/ Edward J. Heath
    Edward J. Heath (ct 20992)
    ROBINSON & COLE LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Telephone: (860) 275-8200
    Facsimile: (860) 275-8299

    Andrew J. Levander
    Louis M. Solomon
    Adam B. Rowland
    SWIDLER BERLIN SHEREFF
      FRIEDMAN, LLP
    The Chrysler Building
    405 Lexington Avenue
    New York, New York  10174
    Telephone: (212) 973-0111

## **CERTIFICATION**

      This is to certify that a copy of the foregoing motion, together with the related memorandum of law and affidavit with exhibits, was sent via federal express, on this 9th day of March, 2004, to:

| | |
|---|---|
| Thomas W. Bucci | Delmer C. Gowing, III |
| Willinger, Willinger & Bucci | 101 SE 6th Avenue |
| 855 Main Street | Delray Beach, FL  33483 |
| Bridgeport, CT  06604 | |

                              /s/ Edward J. Heath
                              Edward J. Heath