UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC | ) ) ) ) | Case No. 3:02cv318 |
| v. | ) ) ) | Judge Alfred V. Covello |
| AIG INTERNATIONAL (BVI) LIMITED | ) ) ) ) | Notice of Manual Filing |

    Please take notice that AIGI International (BVI) Limited has manually filed the following document or thing

    Defendant's Memorandum In Support Of Motion To Disqualify Delmer C. Gowing, III, As Plaintiff's Counsel In this Action – Exhibits

    Exhibit A – Complaint
    Exhibit B – Plaintiff's Answers to Defendant's First Set of Interrogatories
    Exhibit C – Deposition of Delmer C. Gowing, Esq.
    Exhibit D – Letter dated August 28, 2001
    Exhibit E – Gowing Letter dated October 2, 2001
    Exhibit F – Gowing Letter dated October 11, 2001
    Exhibits G & H – Gowing Letters dated October 23 and 31, 2001
    Exhibit I – Florida Complaint

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[ X ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                   Respectfully submitted,

                                   Edward J. Heath
                                   Robinson & Cole LLP
                                   Hartford, CT 06103
                                   Phone: (860) 275-8200
                                   Fax: (860) 275-8299
                                   E-mail: eheath@rc.com
                                   ct 20992

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 10th day of March, 2004, to:

Thomas W. Bucci
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

Delmer C. Gowing, III
101 SE 6th Avenue
Delray Beach, FL 33483

_____
Edward J. Heath