UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br><br>AIG INTERNATIONAL (BVI) LIMITED,<br><br>Defendant.<br>_____ | CIVIL ACTION NO.<br>3:02cv318(AVC)<br><br><br><br><br><br>MARCH 10, 2004 |

**MOTION TO SEAL**
**MEMORANDUM IN SUPPORT OF MOTION TO DISQUALIFY**
**DELMER C. GOWING, ESQ. AND ITS ATTACHED EXHIBITS A THROUGH I**

Pursuant to D. Conn. L. Civ. R. 5(d), the Defendant, AIG International (BVI) Limited ("AIGI"), hereby moves to place under seal in the attached envelope its March 9, 2004 Memorandum In Support Of Motion to Disqualify Delmer C. Gowing, Esq. and its attached Exhibits A through I, which is already in the Court's file.

The parties entered a Confidentiality Stipulation And Protective Order ("Stipulation"), which was submitted to the Court by way of a Joint Motion For Entry Of Confidentiality Order, on March 8, 2004. That Joint Motion has not yet been ruled upon.

Paragraph 4(c) of the Stipulation includes deposition transcripts in the scope of potentially confidential documents. That provision states that a transcript may be designated as confidential "on the record at the time of the deposition or by written notice . . . within seven

**NO ORAL ARGUMENT REQUESTED**

business days of the deposition transcript becoming available to the designating party." The provision further states that the entire deposition shall be treated as confidential until the expiration of that seven-day period.

No such designation was made during the February 26, 2004 deposition of Delmer C. Gowing ("Gowing Deposition"). The transcript of that deposition was made available to the parties on March 8, 2004. No post-deposition designation of confidentiality has yet been made as to any portion of that transcript.

On March 9, 2004, AIGI filed its Memorandum In Support Of Motion to Disqualify Delmer C. Gowing, Esq., which included Exhibits A through I. Exhibit C is the transcript of the Gowing Deposition, which still has its temporary confidentiality designation. The Memorandum references portions of that transcript.

Accordingly, AIGI hereby moves the Court to order the Clerk to (1) seal the March 9, 2004 Memorandum In Support Of Motion to Disqualify Delmer C. Gowing, Esq. and its Exhibits A through I in the attached envelope (which designates the caption of this case, the case

number, and the caption of this Memorandum and its Exhibits), and to (2) note the date of sealing on the envelope and the Court's docket.

          DEFENDANT,
          AIG INTERNATIONAL (BVI) LIMITED

          By: /s/ Edward J. Heath
              Edward J. Heath
              Federal Bar # ct20992
              ROBINSON & COLE, L.P.
              280 Trumbull Street
              Hartford, CT 06103-3597
              Telephone: (860) 275-8200
              Facsimile: (860) 275-8299

              Andrew J. Levander
              Louis M. Solomon
              Adam B. Rowland
              SWIDLER BERLIN SHEREFF
                FRIEDMAN, LLP
              The Chrysler Building
              405 Lexington Avenue
              New York, New York 10174
              Telephone: (212) 973-0111

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 10th day of March, 2004, to:

| | |
|---|---|
| Thomas W. Bucci<br>Willinger, Willinger & Bucci<br>855 Main Street<br>Bridgeport, CT 06604 | Delmer C. Gowing, III<br>101 SE 6th Avenue<br>Delray Beach, FL 33483 |

/s/ Edward J. Heath
Edward J. Heath