42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAPITAL MARKETS TRADING GROUP, LLC,

    Plaintiff,

    v.

AIG INTERNATIONAL (BVI) LIMITED,

    Defendant.

CIVIL ACTION NO.
3:02cv318(AVC)

MARCH 5, 2004

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Plaintiff and defendant hereby move jointly for entry of the annexed stipulation, titled Confidentiality Stipulation And Protective Order, as an Order of the Court. Counsel for the parties have stipulated to entry of their stipulation as a protective order as evidenced by their signatures thereto. This confidentiality order is necessary for the protection of confidential business information and other confidential matter concerning the parties and third parties from whom the parties may seek discovery. Accordingly, the parties respectfully move that this confidentiality order be entered.

WILLINGER, WILLINGER
& BUCCI, P.C.

By: _____
Thomas W. Bucci
Fed Bar #ct07805
855 Main Street
Bridgeport, CT 06604
Tel. (203) 366-3939

ROBINSON & COLE, L.L.P.

By: _____
David S. Samuels / Edward J. Heath
Fed Bar #ct24460/Fed. Bar #ct 20992
280 Trumbull Street
Hartford, CT 06103-3597
Tel. (860) 275-8297

March 11, 2004. GRANTED as to All
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 MAR -8 P 4:05 U.S. DISTRICT COURT HARTFORD, CT

03/08/04   MON 14:09   [TX/RX NO 8192]