45

02cv318 end 45

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**
2004 MAR 10 P 3: 55
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL ACTION NO. 3:02cv318(AVC) |
| Plaintiff, | |
| v. | |
| AIG INTERNATIONAL (BVI) LIMITED, | MARCH 10, 2004 |
| Defendant. | |

## MOTION TO SEAL
### MEMORANDUM IN SUPPORT OF MOTION TO DISQUALIFY DELMER C. GOWING, ESQ. AND ITS ATTACHED EXHIBITS A THROUGH I

Pursuant to D. Conn. L. Civ. R. 5(d), the Defendant, AIG International (BVI) Limited ("AIGI"), hereby moves to place under seal in the attached envelope its March 9, 2004 Memorandum In Support Of Motion to Disqualify Delmer C. Gowing, Esq. and its attached Exhibits A through I, which is already in the Court's file.

The parties entered a Confidentiality Stipulation And Protective Order ("Stipulation"), which was submitted to the Court by way of a Joint Motion For Entry Of Confidentiality Order, on March 8, 2004. That Joint Motion has not yet been ruled upon.

Paragraph 4(c) of the Stipulation includes deposition transcripts in the scope of potentially confidential documents. That provision states that a transcript may be designated as confidential "on the record at the time of the deposition or by written notice . . . within seven

**NO ORAL ARGUMENT REQUESTED**

FILED 2004 MAR 15 A 11:54 U.S. DISTRICT COURT HARTFORD, CT
Alfred V. Covello, U.S.D.J.

March 15, 2004. GRANTED.
SO ORDERED.