**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CAPITAL MARKETS TRADING GROUP, LLC,        CIVIL ACTION NO.
                                                    3:02cv318(AVC)
                         Plaintiff,

        v.


AIG INTERNATIONAL (BVI) LIMITED,

                         Defendant.          MARCH 16, 2004

_____

**MOTION TO REVISE SCHEDULING ORDER**

       Defendant AIG International (BVI) Limited respectfully moves the Court to revise the Scheduling Order in this action to provide for a new discovery cut-off of June 30, 2004, with the consent of all parties, as follows:

       1.     The parties respectfully request that the time to complete discovery in this action be extended until June 30, 2004, and that the remaining dates be adjourned accordingly to Monday, August 2, 2004, for all motions except motions in limine; to Monday, September 13, 2004 for the pretrial order, pursuant to which the parties would file a joint trial memorandum; and to Monday, October 11, 2004, for the trial ready date.

       2.     Plaintiff's counsel has reviewed this motion and advises that plaintiff joins in this request.

       3.     This is the parties' second request to revise the Scheduling Order in this action. The parties have exchanged substantial written document requests, interrogatories and requests to admit, responses have involved the production of a large number of documents, and depositions are now under way.  However, party depositions are continuing, additional document

and non-party discovery is being pursued in light of recent testimony, and some complications

have arisen in coordinating discovery of out-of-state and overseas witnesses. Moreover, the

parties are attempting to schedule cooperatively depositions of non-party witnesses located

outside of the state. Accordingly, both parties desire additional time to complete discovery

before any motions for summary judgment and/or other pretrial proceedings.

DEFENDANT,
AIG INTERNATIONAL (BVI) LIMITED


By:  /s/ Edward J. Heath
     Edward J. Heath
     Federal Bar # ct20992
     ROBINSON & COLE, LLP
     280 Trumbull Street
     Hartford, Connecticut   06103-3597
     Telephone:  (860) 275-8200
     Facsimile:  (860-275-8299

SWIDLER BERLIN SHEREFF
FRIEDMAN, LLP
Andrew J. Levander
Louis M. Solomon
Adam B. Rowland
The Chrysler Building
405 Lexington Avenue
New York, New York   10174
Telephone:  (212) 973-0111

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S.

Mail this 16th day of March, 2004, to:

Thomas W. Bucci                          Delmer C. Gowing, III
Willinger, Willinger & Bucci             101 SE 6th Avenue
855 Main Street                          Delray Beach, FL 33483
Bridgeport, CT 06604


                                         _/s/ Edward J  Heath_____
                                         Edward J. Heath

566870v1