FILED

2004 MAR 17  A 10: 21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC.<br>Plaintiff, | : | CIVIL CASE NO.<br>3:02cv318(AVC) |
| VS. | : | |
| AIG INTERNATIONAL (BVI) LIMITED,<br>Defendant. | : | MARCH 16, 2004 |

**MOTION FOR PROTECTIVE ORDER**

Pursuant to the provisions of Rule 26(c) of the Federal Rules of Civil Procedure, the plaintiff moves for a protective order to postpone the depositions scheduled by the defendant during the time period of March 25, 2004 through April 7, 2004. The plaintiff represents as follows:

1. Plaintiff's counsel has a vacation scheduled, out of the country, for the period from March 26, 2004 through April 4, 2004.

2. Plaintiff's counsel's vacation has been prepaid and is non-refundable.

3. Plaintiff's counsel timely notified defendant's counsel of his vacation schedule.

4. Despite being informed of the plaintiff's counsel's unavailability, the defendant has noticed several depositions during the time frame when plaintiff's counsel will not be available.

5. Among the depositions noticed by the defendant for the time period in question are the following:

   a. Andrew Bransky for March 25, 2004.[1]

   b. Philip Yun for March 26, 2004;

   c. Roland R. Hicks, Esq. for March 29, 2004;

   d. Michael P. Hampton for March 30, 2004.

   e. Asako Yokomura for March 31, 2004.

The defendant may assert that the discovery deadline expires on March 31, 2004 requiring the scheduling of the depositions during this particular time frame. However, the defendant had more than ample opportunity to schedule the depositions at an earlier date. For instance, the defendant did not take its first deposition until February 26, 2004, that being the deposition of Delmer C. Gowing III, Esquire.

The plaintiff's counsel had conferred with defendant's counsel regarding plaintiff's scheduling issues, and believed that there was an agreement that depositions would not be scheduled during his vacation. However, on March 15, 2004, the plaintiff received the attached "Notice of Depositions and Subpoenas Duces Tecum".

---

[1] Although this deposition is scheduled for March 25, 2004, it is to take place in Chicago. The plaintiff's counsel is booked on a flight the very next morning at 7:00 A.M. out of LaGuardia Airport in New York.

The plaintiff requests that the Court require the postponement of the depositions which have been noticed by the defendant for the period from March 25, 2004 through April 7, 2004.

THE PLAINTIFF

BY /s/ Thomas W. Bucci
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT   06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net

## CERTIFICATION

THIS IS TO CERTIFY that on the 16th day of March, 2004, the original foregoing *Motion for Protective Order* was sent by first class mail to the following:

| | |
|---|---|
| Edward J. Heath, Esquire<br>Craig A. Raabe, Esquire<br>Elizabeth A. Fowler, Esquire<br>Kevin E. Majewski, Esquire<br>David S. Samuels, Esquire<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Tel: (860)275-8200 | Delmar C. Gowing, Esquire<br>101 SE 6th Avenue<br>Delray Beach, FL 33483-5261<br>Tel: 561-276-0990 |
| Adam B. Rowland, Esquire<br>Andrew J. Levander, Esquire<br>Louis M. Solomon, Esquire<br>Swidler, Berlin, Shereff & Friedman<br>The Chrysler Bldg.<br>405 Lexington Avenue<br>New York, NY 10174<br>Tel: 212-973-0111 | Lewis F. Murphy, Esquire<br>Steel, Hector & Davis<br>200 S Biscayne Boulevard<br>41st Floor<br>Miami, FL 33131-2398<br>Tel: 305-577-2934<br><br>Traci H. Rollin, Esquire<br>Steel, Hector & Davis<br>Phillips Point West<br>777 S. Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401-6198<br>Tel: 561-650-7200 |

Thomas W. Bucci

# ROBINSON & COLE LLP

EDWARD J. HEATH

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
eheath@rc.com
Direct (860) 275-8297

# Facsimile Transmission Sheet

DATE: March 15, 2004              NO. OF PAGES (including cover): 4

RE: Capital Markets Trading Group, LLC v. AIG International (BVI) Limited

RECIPIENT(S) LIST

| NAME | COMPANY | FAX NUMBER | PHONE NUMBER |
|---|---|---|---|
| Thomas W. Bucci, Esq. | Willinger, Willinger & Bucci | (203) 337-4588 | (203) 366-3939 |
| Delmer C. Gowing, III, Esq. | | (561) 276-5003 | (561) 276-0990 |

MESSAGE:



*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
www.rc.com

Note: If transmission is not clearly or completely received, please contact the sender through the direct line noted above, or if a direct line is not indicated, through the firm's main number 860-275-8200.

Confidentiality Note: The documents accompanying this facsimile transmission may contain confidential or privileged information from the law firm of Robinson & Cole LLP. This information is intended for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AIG INTERNATIONAL (BVI) LIMITED,<br><br>Defendant. | CIVIL ACTION NO.<br>3:02cv318(AVC)<br><br><br><br><br><br><br>MARCH 15, 2004 |

## Notice of Depositions and Subpoenas Duces Tecum

**PLEASE TAKE NOTICE** that, pursuant to Rules 30, 34 and 45 of the Federal Rules of Civil Procedure, defendant, through its undersigned counsel, will take the deposition of and seek documents from the persons identified below, as set forth in the copies of subpoenas provided herewith. The depositions shall be taken at 10 a.m. at the places and the dates indicated below, and continuing thereafter from day to day until completed:

| | | |
|---|---|---|
| **Andrew Bransky** | Documents: March 23, 2004<br>Deposition: March 25, 2004 | Kubasiak, Fylstra, Reize & Rotunno, P.C.<br>Two First National Plaza<br>20 South Clark Street, Suite 2900<br>Chicago, Illinois 60603 |
| **Philip Yun** | Documents: March 23, 2004<br>Deposition: March 26, 2004 | Swidler Berlin Shereff Friedman, LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York  10174 |
| **Roland R. Hicks, Esq.**, individually and as trustee of Gray Investment Trust of Australia | Documents: March 23, 2004<br>Deposition: March 29, 2004 | Robinson & Cole<br>280 Trumbull Street<br>Hartford, Connecticut  06103-3597 |
| **Michael P. Hampton**, individually and on behalf of MPH, LLC, Mesa Financial Group, Sovereign Finance & Trading Co. and Intercontinental Financial Systems, Inc. | Documents: March 23, 2004<br>Deposition: March 30, 2004 | Robinson & Cole<br>280 Trumbull Street<br>Hartford, Connecticut  06103-3597 |

| Asako Yokomura, individually, as trustee of Yokomura Trust and on behalf of Red River Holding, Inc., and Nika Holdings, L.P. | Documents: March 23, 2004<br>Deposition: March 31, 2004 | Jeffer, Mangels, Butler & Marmaro LLP<br>Two Embarcadero Center, Fifth Floor<br>San Francisco, California 94111 |
|---|---|---|

The depositions shall be under oath, before a notary public authorized to administer oaths, and may be recorded by stenographic and/or video recording means. You are invited to attend and cross-examine.

DEFENDANT,
AIG INTERNATIONAL (BVI) LIMITED

By: _____
Edward F. Heath
Federal Bar # ct20992
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

Andrew J. Levander
Louis Solomon
Adam B. Rowland
SWIDLER BERLIN SHEREFF
FRIEDMAN, LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 973-0111

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by telecopy and U.S. Mail this 15th day of March, 2004, to:

Thomas W. Bucci
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

Delmer C. Gowing, III
101 SE 6th Avenue
Delray Beach, FL 33483

Edward J. Heath