49

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br><br> AIG INTERNATIONAL (BVI) LIMITED, <br><br> Defendant. | CIVIL ACTION NO. <br> 3:02cv318(AVC) <br><br><br><br><br><br><br><br> MARCH 16, 2004 |

## MOTION TO REVISE SCHEDULING ORDER

Defendant AIG International (BVI) Limited respectfully moves the Court to revise the Scheduling Order in this action to provide for a new discovery cut-off of June 30, 2004, with the consent of all parties, as follows:

1. The parties respectfully request that the time to complete discovery in this action be extended until June 30, 2004, and that the remaining dates be adjourned accordingly to Monday, August 2, 2004, for all motions except motions <u>in limine</u>; to Monday, September 13, 2004 for the pretrial order, pursuant to which the parties would file a joint trial memorandum; and to Monday, October 11, 2004, for the trial ready date.

2. Plaintiff's counsel has reviewed this motion and advises that plaintiff joins in this request.

```
3:02CV0318(AVC).  March 22, 2004.  The motion to revise scheduling
order is (document no.  49) is GRANTED as follows: (1) All
discovery, including depositions of all witnesses, shall be
completed by May 30, 2004; (2) all motions, except motions in
limine incident to a trial, shall be filed on or before June 30,
2004; (3) the parties shall file a joint trial memorandum in
accordance with the pretrial order, which order shall accompany
the jury selection calendar, and be sent to the parties on July
31, 2004; and (4) the case shall be ready for trial by August 1,
2004.
SO ORDERED.
```

Alfred V. Covello, U.S.