UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL ACTION NO. 3:02cv318(AVC) |
| Plaintiff, | |
| v. | |
| | MARCH 24, 2004 |
| AIG INTERNATIONAL (BVI) LIMITED, | |
| Defendant. | |

_____

**DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Defendant AIG International (BVI) Limited respectfully submits this opposition to Plaintiff's Motion for Protective Order dated March 16, 2004.

Plaintiff's motion, which seeks to postpone depositions until after Plaintiff's counsel's vacation, is unnecessary. Before the motion was made, Defendant had notified Plaintiff in writing that the dates set forth in deposition notices would be revised cooperatively so as not to interfere with Plaintiff's counsel's vacation, as set forth in the Affidavit of Adam B. Rowland annexed hereto as <u>Exhibit 1</u>. If Plaintiff had conferred with Defendant before filing this motion,

Defendant would have reminded Plaintiff of those communications and Plaintiff would have realized that there was no reason to file the motion.  Accordingly, Plaintiff's motion should be denied.

                DEFENDANT,
                AIG INTERNATIONAL (BVI) LIMITED

                By:   /s/ Edward J. Heath
                      Edward J. Heath
                      Federal Bar # ct20992
                      ROBINSON & COLE LLP
                      280 Trumbull Street
                      Hartford, Connecticut   06103-3597
                      Telephone:  (860) 275-8200
                      Facsimile:  (860) 275-8299

                SWIDLER BERLIN SHEREFF
                FRIEDMAN, LLP
                Andrew J. Levander
                Louis M. Solomon
                Adam B. Rowland
                The Chrysler Building
                405 Lexington Avenue
                New York, New York   10174
                Telephone:  (212) 973-0111

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile and mail this 24th day of March, 2004, to:

| | |
|---|---|
| Thomas W. Bucci | Delmer C. Gowing, III |
| Willinger, Willinger & Bucci | 101 SE 6th Avenue |
| 855 Main Street | Delray Beach, FL 33483 |
| Bridgeport, CT 06604 | |

               /s/ Edward J. Heath
               Edward J. Heath