# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598
WWW.SWIDLAW.COM

THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, DC 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

## FACSIMILE TRANSMITTAL
### March 11, 2004 (5:40 PM)

### PLEASE DELIVER TO:

| | | | |
|---|---|---|---|
| **To:** | Thomas Bucci, Esq. | **Telephone No.:** | |
| **Firm:** | | **Fax No.:** | 203-337-4588 |
| **From:** | Adam B. Rowland | **Telephone No.:** | (212) 891-9230 |
| **Account #:** | | **Sender's Fax No.:** | (212) 891-9519 |
| **Total # of Pages:** | 25 *(including cover page)* | | |

**Message:**   Please see attached letter and enclosures.

*If there is a problem with this transmission, please contact: Adam B. Rowland at 212-891-9230.*

**THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE, OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE NUMBER LISTED DIRECTLY ABOVE. THANK YOU.**

TRANSMISSION VERIFICATION REPORT

TIME : 03/11/2004 18:21

| | |
|---|---|
| DATE,TIME | 03/11 18:15 |
| FAX NO./NAME | 812033374588 |
| DURATION | 00:06:17 |
| PAGE(S) | 25 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

ADAM B. ROWLAND
DIRECT DIAL: (212) 891-9230
FAX: (212) 891-9519
ABROWLAND@SWIDLAW.COM

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598
WWW.SWIDLAW.COM

THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, DC 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

March 11, 2004

**BY TELECOPY**
Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT   06604

Re:   Capital Markets Trading Group, LLC v. AIG
      International (BVI) Limited:  Index No. 3:02cv 318 (AVC)

Dear Mr. Bucci:

We enclose a notice of depositions and subpoenas with dates in the remainder of March; as you discussed yesterday with Lou Solomon, we will adjust deposition dates to suit the schedules of all concerned with the Court's concurrence on extending discovery beyond March 31, 2004.

Very truly yours,

Adam B. Rowland

Encls.
ABR:ajg
cc:     Louis Solomon, Esq.
        Edward Heath, Esq.

566552v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAPITAL MARKETS TRADING GROUP, LLC,

Plaintiff,

v.

AIG INTERNATIONAL (BVI) LIMITED,

Defendant.

CIVIL ACTION NO.
3:02cv318(AVC)

MARCH 11, 2004

### Notice of Depositions and Subpoenas Duces Tecum

**PLEASE TAKE NOTICE** that, pursuant to Rules 30, 34 and 45 of the Federal Rules of Civil Procedure, defendant, through its undersigned counsel, will take the deposition of and seek documents from the persons identified below, as set forth in the copies of subpoenas provided herewith. The depositions shall be taken at 10 a.m. at the places and the dates indicated below, and continuing thereafter from day to day until completed:

| | | |
|---|---|---|
| **Andrew Bransky** | Documents: March 23, 2004<br>Deposition: March 25, 2004 | Kubasiak, Fylstra, Reize & Rotunno, P.C.<br>Two First National Plaza<br>20 South Clark Street, Suite 2900<br>Chicago, Illinois 60603 |
| **Philip Yun** | Documents: March 23, 2004<br>Deposition: March 26, 2004 | Swidler Berlin Shereff Friedman, LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174 |
| **Roland R. Hicks, Esq.**, individually and as trustee of Gray Investment Trust of Australia | Documents: March 23, 2004<br>Deposition: March 29, 2004 | Robinson & Cole<br>280 Trumbull Street<br>Hartford, Connecticut 06103-3597 |
| **Michael P. Hampton**, individually and on behalf of MPH, LLC, Mesa Financial Group, Sovereign Finance & Trading Co. and Intercontinental Financial Systems, Inc. | Documents: March 23, 2004<br>Deposition: March 30, 2004 | Robinson & Cole<br>280 Trumbull Street<br>Hartford, Connecticut 06103-3597 |
| **Asako Yokomura**, individually, as trustee of Yokomura Trust and on behalf of Red River Holding, Inc., and Nika Holdings, L.P. | Documents: March 23, 2004<br>Deposition: March 31, 2004 | Jeffer, Mangels, Butler & Marmaro LLP<br>Two Embarcadero Center, Fifth Floor<br>San Francisco, California 94111 |

The depositions shall be under oath, before a notary public authorized to administer oaths, and may be recorded by stenographic and/or video recording means. You are invited to attend and cross-examine.

DEFENDANT,
AIG INTERNATIONAL (BVI) LIMITED

By: _____

Andrew J. Levander
Louis Solomon
Adam B. Rowland
SWIDLER BERLIN SHEREFF
FRIEDMAN, LLP
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
Telephone:  (212) 973-0111

Edward J. Heath
Federal Bar # ct20992
ROBINSON & COLE, L.P.
280 Trumbull Street
Hartford, Connecticut  06103-3597
Telephone:  (860) 275-8200