# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

ADAM B. ROWLAND
DIRECT DIAL: (212) 891-9230
FAX: (212) 891-9519
ABROWLAND@SWIDLAW.COM

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598
WWW.SWIDLAW.COM

THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, DC 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

March 12, 2004

**BY TELECOPY**
Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

Re:   Capital Markets Trading Group, LLC v. AIG
      International (BVI) Limited:  Index No. 3:02cv 318 (AVC)

Dear Mr. Bucci:

This letter responds to the email that you sent to me yesterday, which appears to have crossed paths with the letter we faxed to you, and is in furtherance of the subsequent telephone discussion between you and my colleague Lou Solomon.

1. **Mr. Gowing's withdrawal as counsel.** Your email indicates that Mr. Gowing has agreed to withdraw as counsel in this action. Please file the necessary papers to effect that withdrawal.

2. **Extension of discovery cut-off.** I understand that Mr. Solomon and you concurred that both parties favor an extension of the discovery cut-off, with the intention of scheduling discovery to occur upon your return from vacation. With respect to any outstanding or future discovery requests, we will adjust the deposition dates set forth in the notices to suit the schedules of all concerned, subject to the Court's concurrence on extending discovery beyond March 31, 2004. Accordingly, we will not commence non-party depositions next week.

3. **Mr. Gowing's deposition.** We prefer to proceed with the deposition of Mr. Gowing on the date set forth in our letter, March 24, 2004, which is one of the dates Mr. Gowing had proposed, and appears to be prior to your vacation. Unless we hear otherwise from you on Monday, we will plan for that date. This will permit plaintiff and Mr. Gowing to provide us with the documents requested at the deposition on February 26, 2004, and certain other documents that were covered by our initial document requests but not yet produced. We have listed the documents we seek in an Appendix hereto.

566393v1

Thomas W. Bucci, Esq.
March 12, 2004
Page 2

      4. <u>Document production.</u> With respect to the documents identified in the Appendix, please consider this letter our effort to confer in good faith regarding any issue as to such documents, pursuant to Court Rule 37(a)(2). If plaintiff does not provide the requested documents, we will proceed accordingly.

      5. <u>Mr. O'Brien's cancellation of his deposition.</u> Your email refers to a recent communication between Mr. Gowing and Mr. O'Brien, based on which Mr. O'Brien apparently is canceling a two-day deposition to which he had previously agreed. This turn of events is disturbing. After reading your email, we contacted Mr. O'Brien by telephone and he stated that he would not appear for his deposition on the dates he originally proposed; that he could not propose new dates because he did not have his calendar (he said he would call us yesterday morning after looking at his calendar; he did not do so); that he no longer would come to Connecticut for his deposition; and that he would not answer questions at a deposition in Ohio, unless you represented him at the deposition. Mr. Solomon advises me that, in speaking with you yesterday, you stated that you do not, and would not, represent Mr. O'Brien. As you are aware, Mr. O'Brien is under subpoena. CMTG produced records indicating that he was a member and officer of CMTG in the relevant time period; CMTG has not provided any corporate record changing that status (Mr. Gowing says there may have once been an email about a resignation, but that neither he nor O'Brien can locate such email). We are prepared to conduct this deposition in Ohio, as we advised Mr. O'Brien, and to do so after his children's vacation; however, if Mr. O'Brien does not cooperate in scheduling that deposition, or if he does not appear and answer questions at such deposition, we will address this matter in Court and seek sanctions against the appropriate persons and/or entities.

                                                      Very truly yours,

                                                      Adam B. Rowland

ABR:ajg
cc:    Louis Solomon, Esq.
        Edward Heath, Esq.

566393v1