UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAPITAL MARKETS TRADING GROUP, LLC,          CIVIL ACTION NO.
                                             3:02cv318(AVC)
                    Plaintiff,

                    v.

AIG INTERNATIONAL (BVI) LIMITED,             JANUARY 16, 2004

                    Defendant.

---

## Notice of Depositions

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, defendant, through its counsel, at the offices of Defendant's counsel set forth below

in Connecticut, will take the depositions of plaintiff Capital Markets Trading Group, LLC, by the

following persons, under oath, before a notary public authorized to administer oaths,

commencing at 10:00 a.m. on the dates indicated below, and continuing thereafter from day to

day until completed:

Delmer C. Gowing, III, Esq.          February 10, 2004

Tony O'Brien                         February 13, 2004

The depositions will concern, inter alia, the matters addressed in the plaintiff's

Complaint, and in the discovery requests and responses in this action, including plaintiff's

responses to interrogatories, document requests and requests to admit.

You are invited to attend and cross-examine. The depositions may be recorded by

stenographic and/or video recording means.

DEFENDANT,

AIG INTERNATIONAL (BVI) LIMITED

By:  _____
Edward J. Heath
Federal Bar # ct20992
ROBINSON & COLE, L.P.
280 Trumbull Street
Hartford, Connecticut   06103-3597
Telephone:  (860) 275-8200

Of Counsel:
SWIDLER BERLIN SHEREFF
FRIEDMAN, LLP
Andrew J. Levander
Adam B. Rowland
The Chrysler Building
405 Lexington Avenue
New York, New York   10174
Telephone:  (212) 973-0111

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S.

Mail, postage prepaid, and facsimile this 17th day of January, 2004, to:


Thomas W. Bucci, Esq.,
Willinger, Willinger & Bucci,
855 Main Street,
Bridgeport, CT 06604;

Delmer C. Gowing, III
101 SE 6th Avenue
Delray Beach, FL 33483

Edward J. Heath

365229.1

559042v1 January 16, 2004