# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

ADAM B. ROWLAND
TELEPHONE: (212) 891-9230
FACSIMILE: (212) 891-9519
ABROWLAND@SWIDLAW.COM

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598
WWW.SWIDLAW.COM

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, DC 20007-5116
TELEPHONE: (202) 424-7500
FACSIMILE: (202) 424-7647

February 25, 2004

**BY FEDERAL EXPRESS**

Mr. Tony O'Brien
2910 Fontenay Street
Shaker Heights, OH 44120

Re:  Capital Markets Trading Group, LLC v. AIG
     International (BVI) Limited: Index No. 3:02cv 318 (AVC)

Dear Mr. O'Brien:

After Mr. Bucci advised that he was not presently representing you, my colleague Louis Solomon and I called you yesterday to confirm arrangements for your deposition. You confirmed to us that you would appear for your deposition on March 18 and 19, 2004, in Hartford, Connecticut (as agreed previously), and that you would accept service of a subpoena if we sent a copy of the subpoena to you at the above address by federal express. Accordingly, we have enclosed a subpoena addressed to you with this letter (copies already have been provided to Mr. Bucci and to Mr. Gowing on February 20, 2004).

If you have any questions, please feel free to call me. Likewise, if you become represented by counsel, please let me know or have your lawyer let me know.

Thank you.

Very truly yours,

Adam B. Rowland

ABR:ajg
Encl.

cc:  Louis Solomon, Esq.

564488v1

ROBINSON & COLE LLP
Case 3:02-cv-00318-AVC   Document 52-6   Filed 03/24/2004   Page 2 of 2   ☒003/054
AO 88 (Rev. 11/91) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
### Northern District of Ohio

In re: Subpoena to Tony O'Brien

United States District Court
District of Connecticut

Capital Markets Trading Group, LLC,

        Plaintiff,

    v.

AIG International (BVI) Limited,

        Defendant.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:
Conn. D. Ct. 3:02cv318(AVC)

TO:   Tony O'Brien
       2910 Fontenay Street
       Shaker Heights, Ohio 44120

X   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, Connecticut 06103<br>860-275-8200 | March 18 & 19, 2004<br>10:00 a.m. |

X   YOU ARE COMMANDED to produce and permit inspection and copying of the documents requested in the Appendix hereto at the place, date, and time specified below:

| PLACE | DATE AND TIME |
|---|---|
| Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, Connecticut 06103<br>860-275-8200 | March 5, 2004<br>10:00 a.m. |

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Counsel for Defendant | February 20, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Edward J. Heath
Robinson & Cole, LLP
280 Trumbull Street
Hartford, Connecticut 06103
860-275-8200
Attorney for Defendant

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)