# WILLINGER, WILLINGER & BUCCI, P.C.

ATTORNEYS AT LAW

CHARLES J. WILLINGER, JR*
THOMAS W. BUCCI
ANN MARIE WILLINGER
BRAUD E. ROBBINS ◊
MATTHEW D. NEWMAN
HEIDI McGEE
ATHAN S. HIMALAKOS†
DAVID S. FELDMAN
CATHARINE H. FREEMAN
LINDA R. CHRISTIANI
MARK M. MIDDLEN ◊
*ALSO MEMBER OF FL BAR
◊ ALSO MEMBER OF MA BAR
† ALSO MEMBER OF PA BAR

855 MAIN STREET
BRIDGEPORT, CONNECTICUT 06604
TELEPHONE (203) 366-3939
TOLL FREE (866) 992-1LAW
FACSIMILE (203) 337-4588
WEBSITE wwblaw.com

March 23, 2004

## VIA FACSIMILE 212-891-9598 AND U.S.P.S.

Adam B. Rowland, Esquire
Swidler Berlin Shereff Friedman, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

RE: Capital Markets Trading Group, LLC v. AIG International (BVI)

Dear Attorney Rowland:

Attorney Del Gowing informs me that he will not be able to appear for a deposition on March 24, 2004. He suggests that his deposition be completed immediately following the deposition of Mr. Tony O'Brien.

The deposition of Mr. Tony O'Brien raises another scheduling issue. Attorney Gowing informs me that Mr. O'Brien's deposition has been scheduled for April 14 through April 16, 2004. These dates have not been discussed with me, and the dates do present a problem for my schedule. I am to be present before the Connecticut Superior Court for an evidentiary hearing on a motion for a temporary injunction, which his scheduled for April 15, 2004 and April 16, 2004.

In addition, I am also scheduled for a mandatory pre-trial conference in the Superior Court for the Putnam Judicial District on the afternoon of April 16, 2004.

Please contact me so that we can discuss dates upon which both of us can agree with regard to Messrs. O'Brien and Gowing's depositions.

Very truly yours,

Thomas W. Bucci/jq

Thomas W. Bucci

TWB:jq
cc:        Delmer C. Gowing, III, Esquire