FILED

2004 MAR 26 P 2: 18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC. <br> Plaintiff, | : <br> : <br> : <br> : | CIVIL CASE NO. <br> 3:02cv318(AVC) |
| VS. | : <br> : | |
| AIG INTERNATIONAL (BVI) LIMITED, <br> Defendant. | : <br> : | MARCH 25, 2004 |

**PLAINTIFF'S REQUEST TO WITHDRAW**
**ITS MOTION FOR PROTECTIVE ORDER**

The plaintiff requests permission of the Court to withdraw its Motion for Protective Order. In that the Court has granted the motion to extend the time limits for the completion of discovery in this matter, and in that the defendant has willingly accommodated the plaintiff's counsel's schedule, the plaintiff's motion is moot, and permission to withdraw should be granted.

Wherefore, the plaintiff requests that the Court grant the plaintiff's motion to withdraw as moot its Motion for Protective Order.

Plaintiff's counsel has communicated with Adam B. Rowland, Esq., counsel for the defendant by email, and he has indicated that he does not object to the plaintiff's withdrawal of the Motion for Protective Order.

THE PLAINTIFF

BY *[signature]*
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net

## **CERTIFICATION**

THIS IS TO CERTIFY that on the 25th day of March, 2004, the original foregoing *Request to Withdraw Motion for Protective Order* was sent by first class mail to the following:

| | |
|---|---|
| Edward J. Heath, Esquire<br>Craig A. Raabe, Esquire<br>Elizabeth A. Fowler, Esquire<br>Kevin E. Majewski, Esquire<br>David S. Samuels, Esquire<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Tel: (860)275-8200 | Delmar C. Gowing, Esquire<br>101 SE 6th Avenue<br>Delray Beach, FL 33483-5261<br>Tel: 561-276-0990 |
| Adam B. Rowland, Esquire<br>Andrew J. Levander, Esquire<br>Louis M. Solomon, Esquire<br>Swidler, Berlin, Shereff & Friedman<br>The Chrysler Bldg.<br>405 Lexington Avenue<br>New York, NY 10174<br>Tel: 212-973-0111 | Lewis F. Murphy, Esquire<br>Steel, Hector & Davis<br>200 S Biscayne Boulevard<br>41st Floor<br>Miami, FL 33131-2398<br>Tel: 305-577-2934<br><br>Traci H. Rollin, Esquire<br>Steel, Hector & Davis<br>Phillips Point West<br>777 S. Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401-6198<br>Tel: 561-650-7200 |

Thomas W. Bucci