50

**FILED**

2004 MAR 17 A 10: 21

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC. | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:02cv318(AVC) |
| | : | |
| VS. | : | |
| | : | |
| AIG INTERNATIONAL (BVI) LIMITED, | : | |
| Defendant. | : | MARCH 16, 2004 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to the provisions of Rule 26(c) of the Federal Rules of Civil Procedure, the plaintiff moves for a protective order to postpone the depositions scheduled by the defendant during the time period of March 25, 2004 through April 7, 2004. The plaintiff represents as follows:

1. Plaintiff's counsel has a vacation scheduled, out of the country, for the period from March 26, 2004 through April 4, 2004.

2. Plaintiff's counsel's vacation has been prepaid and is non-refundable.

3. Plaintiff's counsel timely notified defendant's counsel of his vacation schedule.

4. Despite being informed of the plaintiff's counsel's unavailability, the defendant has noticed several depositions during the time frame when plaintiff's counsel will not be available.

3:02CV318(AVC).  April 6, 2004.  As the court has previously granted
the plaintiff's motion to withdraw the within motion for a protective
order, see Document No. 53, the motion (document no. 50) is DENIED as
moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.