

FILED
2004 MAR 26 P 2:18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC.<br>    Plaintiff, | CIVIL CASE NO.<br>3:02cv318(AVC) |
| VS. | |
| AIG INTERNATIONAL (BVI) LIMITED,<br>    Defendant. | MARCH 25, 2004 |

### PLAINTIFF'S REQUEST TO WITHDRAW ITS MOTION FOR PROTECTIVE ORDER

The plaintiff requests permission of the Court to withdraw its Motion for Protective Order. In that the Court has granted the motion to extend the time limits for the completion of discovery in this matter, and in that the defendant has willingly accommodated the plaintiff's counsel's schedule, the plaintiff's motion is moot, and permission to withdraw should be granted.

Wherefore, the plaintiff requests that the Court grant the plaintiff's motion to withdraw as moot its Motion for Protective Order.

April 6, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.