UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAPITAL MARKETS TRADING GROUP, LLC,       CIVIL ACTION NO.

    Plaintiff,       3:02cv318(AVC)

v.

AIG INTERNATIONAL (BVI) LIMITED,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF, CAPITAL MARKETS TRADING GROUP, LLC

Pursuant to Local Rule of Civil Procedure 7, the plaintiff's counsel, DELMER C. GOWING III, ESQ., requests permission of the Court to withdraw as counsel for the plaintiff, Capital Markets Trading Group, LLC. Counsel makes this request as a result of the likelihoood that he will be a fact witness in the trial of this matter.

Delmer C. Gowing III represents compliance has been met with the provisions of L.Civ.R. 7, in the following manner:

1. This motion has been duly noticed, as indicated on the certification of service.

2. Notice and a copy of this motion have been sent by certified mail to the plaintiff.

3. Plaintiff is represented in this matter by other counsel, Thomas W. Bucci, Esq., 855 Main Street, Bridgeport, Connecticut 06604.

Wherefore, plaintiff's counsel moves that he be allowed to withdraw his appearance in this matter.

By: _____
Delmer C. Gowing III, Esquire
101 SE 6th Avenue
Delray Beach, FL 33483-52651
Tel: 561-276-0990

## CERTIFICATION

THIS IS TO CERTIFY that on the _6_ day of April, 2004, the original forgoing *Motion to Withdraw Appearance* was sent by first class mail to the following:

Edward J. Heath, Esquire
Craig A. Raabe, Esquire
Elizabeth A. Fowler, Esquire
Kevin E. Majewski, Esquire
David S. Samuels, Esquire
Robinson & Cole LLP
280 Trumbell Street
Hartford, CT 06103-3597
Tel: (806) 275-8200

Adam B. Rowland, Esquire
Andrew J. Levander, Esquire
Louis M. Solomon, Esquire
Swidler, Berlin, Shereff & Friedman
The Chrysler Bldg.
405 Lexington Avenue
New York, NY 10174
Tel: (212) 973-0111

Thomas W. Bucci, Esquire
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939

_____
Delmer C. Gowing III

2