56

02cv318m wthdrw

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL ACTION NO. |
| Plaintiff, | 3:02cv318(AVC) |
| v. | |
| AIG INTERNATIONAL (BVI) LIMITED, | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF, CAPITAL MARKETS TRADING GROUP, LLC

Pursuant to Local Rule of Civil Procedure 7, the plaintiff's counsel, DELMER C. GOWING III, ESQ., requests permission of the Court to withdraw as counsel for the plaintiff, Capital Markets Trading Group, LLC. Counsel makes this request as a result of the likelihoood that he will be a fact witness in the trial of this matter.

Delmer C. Gowing III represents compliance has been met with the provisions of L.Civ.R. 7, in the following manner:

1. This motion has been duly noticed, as indicated on the certification of service.
2. Notice and a copy of this motion have been sent by certified mail to the plaintiff.
3. Plaintiff is represented in this matter by other counsel, Thomas W. Bucci, Esq., 855 Main Street, Bridgeport, Connecticut 06604.

Wherefore, plaintiff's counsel moves that he be allowed to withdraw his appearance in this matter.

By: _____
Delmer C. Gowing III, Esquire
101 SE 6th Avenue
Delray Beach, FL 33483-52651
Tel: 561-276-0990

April 20, 2004. GRANTED. Alfred V. Covello, U.S.D.J.
SO ORDERED.

FILED 2004 APR 23 P 1:58