

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | CIVIL ACTION NO. |
| Plaintiff, | 3:02cv318(AVC) |
| v. | |
| AIG INTERNATIONAL (BVI) LIMITED, | |
| Defendant. | MARCH 9, 2004 |

### DEFENDANT'S MOTION TO DISQUALIFY DELMER C. GOWING AS COUNSEL FOR PLAINTIFF PURSUANT TO RULE 83.13

Pursuant to D. Conn L. Civ. R. 83.13, Defendant hereby moves to disqualify Delmer C. Gowing, III, from serving as counsel for plaintiff in all further proceedings in this action, on the grounds, inter alia, that Attorney Gowing, who has appeared as one of the counsel of record in this action, testified at his deposition on February 26, 2004, that he is now the sole representative of plaintiff and its primary, if not only, witness. Rule 83.13 prohibits Attorney Gowing from serving both as plaintiff's counsel and witness in this action.

3:02CV318(AVC). April 20, 2004. As Attorney Gowing has voluntarily withdrawn his appearance in this action, see Document No. 56, the defendant's motion to disqualify Attorney Gowing (document no. 43) is DENIED as moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.