FILED
2004 MAY 12 A 9:47
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC.<br>　　　Plaintiff, | : <br> : <br> : <br> : | CIVIL CASE NO.<br>3:02cv318(AVC) |
| VS. | : <br> : <br> : | |
| AIG INTERNATIONAL (BVI) LIMITED,<br>　　　Defendant. | : | MAY 11, 2004 |

**MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF,
CAPITAL MARKETS TRADING GROUP, LLC**

Pursuant to Local Rule of Civil Procedure 7 (e), the plaintiff's counsel, Thomas W. Bucci, Esq., requests permission of the Court to withdraw as counsel for the plaintiff, Capital Markets Trading Group, LLC. Counsel makes this request as a result of the plaintiff's failure to abide by the terms of the representation agreement in which it entered with counsel.

Plaintiff's counsel represents compliance has been met with the provisions of L.Civ.R. 7(e), in the following manner:

1. This motion has been duly noticed, as indicated on the certification of service.

2. Notice and a copy of this motion have been sent by certified mail to the plaintiff.

3. Good cause exists for permitting the withdrawal of Thomas W. Bucci as counsel for the plaintiff, on which plaintiff's counsel is prepared to elaborate before the Court, in camera.

4. The plaintiff has indicated in this motion and has notified the plaintiff that the plaintiff's failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the plaintiff.

Wherefore, plaintiff's counsel moves that he be allowed to withdraw his appearance in this matter.

**<u>NOTICE TO PLAINTIFF: - FAILURE BY CAPITAL MARKETS TRADING GROUP, LLC TO EITHER ENGAGE SUCCESSOR LOCAL COUNSEL OR FILE A PRO SE APPEARANCE WILL RESULT IN GRANTING OF THE MOTION TO WITHDRAW AND MAY RESULT IN A DISMISSAL BEING ENTERED AGAINST CAPITAL MARKETS TRADING GROUP, LLC.</u>**

                                        THE PLAINTIFF

                                        BY _____
                                        Thomas W. Bucci, for
                                        WILLINGER, WILLINGER & BUCCI, P.C.
                                        855 Main Street
                                        Bridgeport, CT 06604
                                        Tel: (203) 366-3939
                                        Email: thomasbucci@earthlink.net
                                        Fed. Bar #ct07805

## CERTIFICATION

THIS IS TO CERTIFY that on the 11th day of May, 2004, the original foregoing *Motion to Withdraw As Counsel For the Plaintiff, Capital Markets Trading Group, LLC* was sent by first class mail to the following:

| | |
|---|---|
| Edward J. Heath, Esquire<br>Craig A. Raabe, Esquire<br>Elizabeth A. Fowler, Esquire<br>Kevin E. Majewski, Esquire<br>David S. Samuels, Esquire<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Tel: (860)275-8200 | **VIA CERTIFIED MAIL**<br>**ARTICLE NO.** 7003 1010 003 3539 4300<br><br>Delmar C. Gowing, Esquire<br>101 SE 6th Avenue<br>Delray Beach, FL 33483-5261<br>Tel: 561-276-0990 |
| Adam B. Rowland, Esquire<br>Andrew J. Levander, Esquire<br>Louis M. Solomon, Esquire<br>Swidler, Berlin, Shereff & Friedman<br>The Chrysler Bldg.<br>405 Lexington Avenue<br>New York, NY 10174<br>Tel: 212-973-0111 | Lewis F. Murphy, Esquire<br>Steel, Hector & Davis<br>200 S Biscayne Boulevard<br>41st Floor<br>Miami, FL 33131-2398<br>Tel: 305-577-2934<br><br>Traci H. Rollin, Esquire<br>Steel, Hector & Davis<br>Phillips Point West<br>777 S. Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401-6198<br>Tel: 561-650-7200 |

Thomas W. Bucci