59

02cv318mwthdrw

**FILED**

2004 MAY 12 A 9 47

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC. | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:02cv318(AVC) |
| | : | |
| VS. | : | |
| | : | |
| AIG INTERNATIONAL (BVI) LIMITED, | : | |
| Defendant. | : | MAY 11, 2004 |

### MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF, CAPITAL MARKETS TRADING GROUP, LLC

Pursuant to Local Rule of Civil Procedure 7 (e), the plaintiff's counsel, Thomas W. Bucci, Esq., requests permission of the Court to withdraw as counsel for the plaintiff, Capital Markets Trading Group, LLC. Counsel makes this request as a result of the plaintiff's failure to abide by the terms of the representation agreement in which it entered with counsel.

Plaintiff's counsel represents compliance has been met with the provisions of L.Civ.R. 7(e), in the following manner:

1. This motion has been duly noticed, as indicated on the certification of service.
2. Notice and a copy of this motion have been sent by certified mail to the plaintiff.
3. Good cause exists for permitting the withdrawal of Thomas W. Bucci as counsel for the plaintiff, on which plaintiff's counsel is prepared to elaborate before the Court, in camera.

Alfred V. Covello, U.S.D.J.

**FILED**
2004 MAY 13 A 11:04
U.S. DISTRICT COURT
HARTFORD, CT

May 13, 2004. GRANTED.
SO ORDERED.