# WILLINGER, WILLINGER & BUCCI, P.C.
## ATTORNEYS AT LAW

CHARLES J. WILLINGER, JR *
THOMAS W. BUCCI
ANN MARIE WILLINGER
BRADD B ROBBINS △
MATTHEW D. NEWMAN
HEIDI McGEE
ATHAN S. MIHALAKOS †
LINDA R. CHRISTIAN
MARK H. MIDDLEN △
KAREN I. ZIELINSKI
DIANE M. LORD
MICHELE C. MOUNT ▽
* ALSO MEMBER OF FL BAR
△ ALSO MEMBER OF MA BAR
† ALSO MEMBER OF MA BAR
▽ ALSO MEMBER OF LA BAR

855 MAIN STREET
BRIDGEPORT, CONNECTICUT 06604
TELEPHONE (203) 366-3939
TOLL FREE (866) 992-1LAW
FACSIMILE (203) 337-4588
WEBSITE wwblaw.com

May 21, 2004

**VIA FACSIMILE 212-891-9598 AND U.S.P.S.**

Adam B. Rowland, Esquire
Swidler Berlin Shereff Friedman, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

RE:   **Capital Markets Trading Group, LLC v. AIG International (BVI)**

Dear Attorney Rowland:

    I am writing in response to your letter requesting the courtesy of a reply to your letter dated May 18, 2004. In your May 18, 2004, letter, you have raised significant issues that deserve man than a knee-jerk response. Unfortunately, I have had to spend the last couple of days on other pressing matters and have not been able to give the issues raised in your letter the appropriate consideration. I will prepare a proper response over the weekend. Further, I have no objection to an extension of the discovery deadlines, assuming I re-enter my appearance in this matter, which I will, likewise, decide over the weekend.

Very truly yours,

*Thomas W. Bucci/jq*
Thomas W. Bucci

TWB:jq
cc:    Delmer C. Gowing, III, Esquir