# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598
WWW.SWIDLAW.COM

ADAM B. ROWLAND
DIRECT DIAL: (212) 891-9230
FAX: (212) 891-9519
ABROWLAND@SWIDLAW.COM

THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, DC 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

May 20, 2004

**VIA FACSIMILE**
Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

> Re:   Capital Markets Trading Group, LLC v. AIG
>        International (BVI) Limited:  Index No. 3:02cv 318 (AVC)

Dear Mr. Bucci:

Please provide us with the courtesy of a response to our letter of May 18, 2004.

Very truly yours,

Adam B. Rowland

ABR:mas

cc:    Louis Solomon, Esq.
       Edward Heath, Esq.

575284v1