# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

ADAM B. ROWLAND
DIRECT DIAL: (212) 891-9230
FAX: (212) 891-9519
ABROWLAND@SWIDLAW.COM

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598
WWW.SWIDLAW.COM

THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, DC 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

May 25, 2004

**VIA FACSIMILE**
Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT   06604

Delmer C. Gowing, III, Esq.
Capital Markets Trading Group, LLC
101 South East 6th Avenue
Delray Beach, Florida   33483

      Re:    Capital Markets Trading Group, LLC v. AIG
               International (BVI) Limited: Index No. 3:02cv 318 (AVC)

Dear Mr. Bucci and Mr. Gowing:

     1. We are still awaiting a response to our letter dated May 18, 2004, including clarification on Mr. Bucci's status as counsel in this action; on Friday, Mr. Bucci stated that he would prepare a response to our letter over the weekend. No response came on Monday or today, and my telephone call to Mr. Bucci this morning has not been returned. We also have received no notice of a new counsel for plaintiff. The courtesy of a response would be appreciated.

     2. We need to determine whether this action will continue and, if so, to receive an appearance for the new counsel of record for plaintiff. Meanwhile, we are continuing to adjourn depositions of non-parties – including depositions of Darby O'Brien, Philip A. Torre, Betty Gowing and others – on the assumption that, if the action continues, the discovery cut-off will be extended with plaintiff's consent. Mr. Bucci already has indicated that, if he re-appears, plaintiff will consent to extending the discovery cut-off; we will assume that plaintiff also consents in the event that Mr. Bucci does not re-appear, unless we hear otherwise from plaintiff in writing by close of business tomorrow.

     3. By this letter, we also are notifying plaintiff that we have received a request from the Federal Bureau of Investigation for documents and information concerning CMTG, Mr. O'Brien,

575825v1

Thomas W. Bucci, Esq.
Delmer C. Gowing, III, Esq.
May 25, 2004
Page 2

Mr. Gowing and Mr. Torre that may have been designated as confidential by plaintiff pursuant to paragraph 9 of the Confidentiality Stipulation and Order in this action. We plan to comply with the government's request.

Very truly yours,

Adam B. Rowland

ABR:mas

cc:    Louis Solomon, Esq.
       Edward Heath, Esq.

575825v1