61

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CAPITAL MARKETS TRADING GROUP, LLC,

Plaintiff,

v.

AIG INTERNATIONAL (BVI) LIMITED,

Defendant.

CIVIL ACTION NO.
3:02cv318(AVC)

2004 MAY 27 P 2: 22

U.S. DISTRICT COURT

MAY 26, 2004

---

## MOTION TO REVISE SCHEDULING ORDER
## AND FOR OTHER RELIEF

Defendant AIG International (BVI) Limited respectfully moves this Court for an Order

(1) revising the Scheduling Order in this action to provide for a new discovery cut-off of

September 15, 2004, and (2) dismissing this action in the event that an attorney does not enter an

appearance for Plaintiff on or before June 14, 2004, on the following grounds:

### I. Revision of Scheduling Order

1.      Defendant respectfully requests that the time to complete discovery in this action

be extended until September 15, 2004, and that the remaining dates be adjourned accordingly to

```
3:02CV318(AVC).  June 4, 2004.  The motion to modify the
scheduling order (document no. 61) is GRANTED as follows: (1) All
discovery, including depositions of all witnesses, shall be
completed by September 15, 2004; (2) all motions, except motions
in limine incident to a trial, shall be filed on or before
October 18, 2004; (3) the parties shall file a joint trial
memorandum in accordance with the pretrial order, which order
shall accompany the jury selection calendar, and be sent to the
parties on November 22, 2004; and (4) the case shall be ready for
trial by December 13, 2004
SO ORDERED.

        Alfred V. Covello, U.S.D.J.
```