UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAPITAL MARKETS TRADING GROUP, :
LLC, :
  Plaintiff, :
 :
v. : Civil No. 3:02CV0318(AVC)
 :
AIG INTERNATIONAL (BVI) :
LIMITED, :
  Defendant. :

FILED 2004 JUN -7 A 9 21 U.S. DISTRICT COURT HARTFORD, CT.

## ORDER TO PLAINTIFF

This is an action for damages brought pursuant to common law tenets concerning negligent misrepresentation. On May 13, 2004, the court granted plaintiff's counsels' motion to withdraw as attorneys for the plaintiff. See Document No. 59. Consequently, the plaintiff, a corporation, is without counsel. However, "[a] corporation may appear in federal court only through licensed counsel." United States v. High Country Broadcasting, Co., 3 F.3d 1244, 1245 (9th Cir. 1993); see also Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993) ("[i]t has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel") Therefore, it is hereby ORDERED that the plaintiff obtain counsel within 30 days. Failure to obtain counsel shall result in dismissal of the complaint. See Fed R. Civ. P. 41; High Country Broadcasting, Co., 3 F.3d at 1245.

It is so ordered this 07th day of June, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge