UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAPITAL MARKETS TRADING
GROUP, LLC

      V.            CASE NO. 3:02CV00318(AVC)

AIG INTERNATIONAL (BVI) LTD.

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The Court, having issued an Order on June 7, 2004 requiring the plaintiff to obtain counsel within 30 days and further indicating that plaintiff's failure to do so would result in dismissal of the complaint; and

The plaintiff, having failed to comply with the Court's June 7, 2004 order; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiff's complaint.

Dated at Hartford, Connecticut, this 13th day of July, 2004.

KEVIN F. ROWE, Clerk

By:   /s/ JW
      Jo-Ann Walker
      Deputy Clerk

EOD: _____