UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAPITAL MARKETS TRADING GROUP, LLC,

              Plaintiff,

v.

CIVIL ACTION NO.

3:02cv318(AVC)

AIG INTERNATIONAL (BVI) LIMITED,

              Defendant.

AUGUST 30, 2005

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for defendant, AIG International (BVI) Limited, in this action. Attorneys Edward J. Heath and David S. Samuels will continue to serve as counsel for the defendant.

              DEFENDANT,
              AIG INTERNATIONAL (BVI) LIMITED

      By:  _____
              Elizabeth A. Fowler (ct 23584)
              efowler@rc.com
              ROBINSON & COLE LLP
              280 Trumbull Street
              Hartford, Connecticut  06103-3597
              Telephone: (860) 275-8200
              Facsimile: (860) 275-8299

Of Counsel:
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
Andrew J. Levander
Adam B. Rowland
The Chrysler Building
405 Lexington Avenue
New York, New York   10174
Telephone: (212) 973-0111

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 30th day of August, 2005, to:

Thomas W. Bucci, Esq.  
Willinger, Willinger & Bucci  
855 Main Street  
Bridgeport, CT 06604

Andrew J. Levander, Esq.  
Adam B. Rowland, Esq.  
Swidler, Berlin & Shereff & Friedman  
The Chrysler Building  
405 Lexington Avenue  
New York, NY 10174

Traci H. Rollins, Esq.  
Steel, Hector & Davis  
Phillips Point West  
777 S. Flagler Drive, Suite 1900  
West Palm Beach, FL 33402

Delmer C. Gowing, III, Esq.  
101 SE 6th Avenue  
Delray Beach, FL 33483

Lewis F. Murphy, Esq.  
Steel, Hector & Davis  
200 S. Biscayne Boulevard  
41st Floor  
Miami, FL 33131

_____  
Elizabeth A. Fowler