

FILED
2005 SEP -1 A 11: 52

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAPITAL MARKETS TRADING GROUP, LLC, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 3:02cv318(AVC) |
| AIG INTERNATIONAL (BVI) LIMITED, | |
| Defendant. | AUGUST 30, 2005 |

### WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for defendant, AIG International (BVI) Limited, in this action. Attorneys Edward J. Heath and David S. Samuels will continue to serve as counsel for the defendant.

DEFENDANT,
AIG INTERNATIONAL (BVI) LIMITED

By: _____
Elizabeth A. Fowler (ct 23584)
efowler@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

3:02CV318(AVC) September 1, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.